17474.   BOSS *v.* LOGANVILLE BANKING COMPANY.

LUKE, J.   It appearing that the writ of error in this case was not served as is required by law, the same must be and hereby is
                    *Dismissed.   Broyles, C. J., and Bloodworth, J., concur.*
                              DECIDED AUGUST 4, 1926.

Affidavit of illegality; from Walton superior court—Judge Fortson.   April 14, 1926.

*Orrin Roberts,* for plaintiff in error.   *J. H. Felker,* contra.

---

Appeal and Error, 3 C. J. p. 1207, n. 9.

---

17480.   JETER *v.* THE STATE.

BLOODWORTH, J.   It does not affirmatively appear from the bill of exceptions and the record that the bill of exceptions was tendered to the judge within 20 days of the judgment excepted to (the overruling of the motion for a new trial).   The bill of exceptions, therefore, must be dismissed.
                    *Writ of error dismissed.   Broyles, C. J., and Luke, J., concur.*
                              DECIDED AUGUST 4, 1926.

Adultery and fornication; from Decatur superior court—Judge Custer.   May 12, 1926.

*Ben Kirbo, A. B. Conger,* for plaintiff in error.

*B. C. Gardner, solicitor-general, M. E. O'Neal, P. D. Rich,* contra.

---

Criminal Law, 17 C. J. p. 121, n. 74; p. 147, n. 67 New.